96 F.3d 1433
 Vincent J. Morris, Joseph Byrne, Edwin G. Greiner, Joan
Brda, Patrick J. Newcomb, Jr., James Capaldi,
Julia R. Galiastro, Georgette Krause
v.
Robert A. Scardelletti, Victor Goffredo, Raylon B. Bewley,
Anthony Santoro, Howard Randolph, Jr., Transportation
Communications International Union, Transportation
Communications International Union System Board of
 NO. 95-2119
 United States Court of Appeals,
Third Circuit.
 Aug 12, 1996
 
 Appeal From: E.D.Pa., No. 94-cv-03557,
 Weiner, J.
 
 
 1
 AFFIRMED.